IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEFF L. SHEFFIELD                                                                  PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:03cv706LG-JMR

JOE STUART, ET AL.                                          DEFENDANTS

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [20-1] entered in this cause on June 12, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2006.

                                                       s/ *Louis Guirola, Jr.*
                                                       LOUIS GUIROLA, JR.
                                                       UNITED STATES DISTRICT JUDGE